IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **RICHARD LOPEZ AND GLORIA LOPEZ,** on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND APRIL HAGER,**<br><br>      Defendants. | Civil Action No.  5:19-cv-380 |

### RULE CV-88 JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to Local Rule CV-88 and the Court's June 19, 2019 Scheduling Order (ECF 21), the parties respectfully submit this Joint Alternative Dispute Resolution ("ADR") report.

    1.    **Status of settlement negotiations:** Plaintiffs submitted a written joint demand to the Defendants on July 12, 2019.  Kymberly Kochis responded in writing on behalf of Progressive County Mutual Insurance Company on August 7, 2019. John Fabry, on behalf of Plaintiffs, provided additional information by email to Kymberly Kochis on August 8, 2019.

    2.    **Identity of persons responsible for settlement negotiations for each party**:

        A.    For Plaintiffs: John Fabry.

        B.    For Defendants: Kymberly Kochis.

    3.    **Whether ADR is appropriate and identification of method, provider, how the provider was selected, and how the provider will be compensated:**  Defendants do not believe mediation would be productive at this time, but will reevaluate their position following the Court's

ruling on Plaintiffs' Motion to Remand (ECF 18) and subsequent discovery. The parties believe mediation would provide an appropriate forum to attempt resolution of this case, at the appropriate time. The parties believe that they can mutually agree on a mediator for this matter at the appropriate time. The parties agree that the cost of the mediator should be shared equally, with Plaintiffs treated as a single party and Defendants treated as a single party for the purpose of allocating the cost of the mediator. If the parties have not otherwise resolved this dispute, the parties agree to mediate no later than April 3, 2020.

4. All of the parties who have appeared in the action conferred concerning the contents of this ADR Report and have agreed as to its contents.

Respectfully submitted,

/s/ John R. Fabry
John R. Fabry
**THE CARLSON LAW FIRM, P.C.**
1717 N. Interstate Highway 35, Suite 305
Round Rock, Texas 78664
Phone: (512) 671-7277
Fax:    (512) 238-0275
Email:  JFabry@carlsonattorneys.com


/s/ Steve Dummitt
Steve Dummitt
**THE CARLSON LAW FIRM, P.C.**
618 S.W Military Blvd.
San Antonio, Texas 78221
Email: sdummitt@carlsonattorneys.com
Phone  (210) 923-7700
Fax     (210) 923-3378

Attorneys for Plaintiffs

/s/  Gregory J. Peterson
Gregory J. Peterson
Larry J. Goldman
Goldman & Peterson PLLC
10100 Reunion Place, Suite 800
San Antonio, TX 78216
Phone:  (210) 340-9800
Fax:  (210) 340-9888
Email:  Greg@ljglaw.com


/s/  Alexander P. Fuchs
Alexander P. Fuchs
*Pro hac vice*
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, NY 10036
Phone:  (212) 389-5082
Fax:  (212) 389-5099
Email:  alexfuchs@eversheds-sutherland.com

/s/  Ian Scott Shelton
Ian Scott Shelton
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, NY 10036
Phone:  (212) 389-5082
Fax:  (212) 389-5099
Email:  ianshelton@eversheds-sutherland.com


/s/  Kymberly Kochis
Kymberly Kochis
*Pro hac vice*
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, NY 10036
Phone:  (212) 389-5082
Fax:  (212) 389-5099
Email:  kymkochis@eversheds-sutherland.com


Attorneys for Defendants