IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RICHARD LOPEZ AND GLORIA LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br> Plaintiffs,<br><br>v.<br><br>PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND APRIL HAGER,<br> Defendants. | §§§§§§§§§§§§ Civil Action No. SA-19-CV-00380-FB |

**DEFENDANT APRIL HAGER'S NOTICE OF ADDITIONAL COUNSEL OF RECORD**

**COUNSEL OF RECORD**

**APRIL HAGER, Defendant**
 Larry J. Goldman
 "Attorney in Charge"
 Federal Bar No. 341
 State Bar No. 08093450
 Gregory J. Peterson
 Federal ID No. 996381
 State Bar No. 24057580
 Justin T. Woods
 Federal ID No. _____
 State Bar No. 24061082
 GOLDMAN & PETERSON, PLLC
 10100 Reunion Place, Suite 800
 San Antonio, Texas 78216
 Tel: (210) 340-9800
 Fax: (210) 340-9888

        Respectfully submitted,


By:  */s/ Gregory J. Peterson*
      LARRY J. GOLDMAN
      "Attorney in Charge"
      Federal ID No. 341
      State Bar No. 08093450
      GREGORY J. PETERSON
      Federal ID No. 996381
      State Bar No. 24057580
      JUSTIN T. WOODS
      Federal ID No. 24061082
      State Bar No. 24061082

      GOLDMAN & PETERSON, PLLC
      10100 Reunion Place, Suite 800
      San Antonio, Texas 78216
      Telephone:   (210) 340-9800
      Facsimile:    (210) 340-9888

ATTORNEY FOR DEFENDANT APRIL HAGER

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record are being served in accordance with the Federal Rules of Civil procedure on October 22, 2019 to the following:

| | |
|---|---|
| Stephen S. Dummitt<br>The Carlson Law Firm PC<br>618 S.W. Military Dr.<br>San Antonio, Texas 78221<br>Tel: (210) 923-7700<br>Fax: (210) 923-3378<br>sdummitt@carlsonattorneys.com<br><br>*Counsel for Plaintiffs* | John R. Fabry<br>The Carlson Law Firm PC<br>1717 N. Interstate Highway 35, Suite 305<br>Round Rock, Texas 77664<br>Tel: (512) 671-7277<br>Fax: (512) 238-0275<br>jfabry@carlsonattorneys.com<br><br>*Counsel for Plaintiffs* |

Mr. Ian Shelton
EVERSHEDS SUTHERLAND LLP
600 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel: (512) 721-2714
Fax:  (512) 721-2656
ianshelton@eversheds-sutherland.com

*Counsel for Progressive County Mutual Insurance Company*

                                                By:_____*/s/ Gregory J. Peterson*_____
                                                    LARRY J. GOLDMAN
                                                    GREGORY J. PETERSON
                                                    JUSTIN T. WOODS