United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | Fabry, John R. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, October 25, 2019 |
| Re: | 05:19-CV-00380-FB / Doc # 46 / Filed On: 10/25/2019 11:19 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: DOCUMENT DEFICIENT- PLEASE FILE A PROPOSED ORDER AS AN ATTACHMENT AND LINK TO THE ORIGINAL FILING