IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **RICHARD LOPEZ AND GLORIA LOPEZ,** on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND APRIL HAGER,** <br><br> Defendants. | Civil Action No.  5:19-cv-380 |

## AMENDED REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to Local Rule CV-88 and the Court's October 23, 2019 Amended Scheduling Order (ECF 45), the parties respectfully submit this Amended Report on Alternative Dispute Resolution ("ADR").  On August 12, 2019, the parties submitted an initial Joint Alternative Dispute Resolution Report regarding settlement negotiations (ECF 28).  On March 12, 2020, the parties submitted a second Report on Alternative Dispute Resolution stating that mediation was scheduled for March 16, 2020, with Don Philbin at his office in San Antonio.  Given travel restrictions and other issues surrounding the coronavirus, the parties have modified their mediation plan.  Rather than a full day in person mediation on March 16, 2020, the parties will participate in a half-day mediation with Don Philbin with Plaintiffs and their counsel in person at the mediation and Progressive's counsel and representative, who all reside outside of Texas, participating via telephone.

1. **Status of settlement negotiations:** Plaintiffs submitted a written joint demand to

the Defendants on July 12, 2019.  Kymberly Kochis responded in writing on behalf of Progressive County Mutual Insurance Company on August 7, 2019. John Fabry, on behalf of Plaintiffs, provided additional information by email to Kymberly Kochis on August 8, 2019.

2. **Identity of persons responsible for settlement negotiations for each party**:

   A. For Plaintiffs: John Fabry.

   B. For Defendants: Kymberly Kochis.

3. **Whether ADR is appropriate and identification of method, provider, how the provider was selected, and how the provider will be compensated:** All parties have agreed to mediate with certified mediator Don Philbin on March 16, 2020. Mediation is scheduled for a half day at Mr. Philbin's office in San Antonio, Texas.  The parties will schedule a second half day or full day in person mediation at a future date.  The parties have agreed that the cost of the mediator should be shared equally, with Plaintiffs treated as a single party and both Defendants treated as a single party for the purpose of allocating the cost of the mediator.  The parties have agreed that Defendant April Hagar and her counsel will appear telephonically and the Court has granted said relief.

4. All of the parties who have appeared in the action conferred concerning the contents of this ADR Report and have agreed as to its contents.

>Respectfully submitted,
>
>/s/ John R. Fabry
>John R. Fabry
>**THE CARLSON LAW FIRM, P.C.**
>1717 N. Interstate Highway 35, Suite 305
>Round Rock, Texas 78664
>Phone: (512) 671-7277
>Fax:    (512) 238-0275
>Email:  JFabry@carlsonattorneys.com
>
>/s/ Steve Dummitt
>Steve Dummitt
>**THE CARLSON LAW FIRM, P.C.**

618 S.W Military Blvd.
San Antonio, Texas 78221
Phone  (210) 923-7700
Fax     (210) 923-3378
Email: sdummitt@carlsonattorneys.com

/s/ Mark Murphy_____
Mark Murphy
**Davis & Santos, P.C.**
719 S. Flores Street
San Antonio, Texas 78208
Tel: (210) 853-5882
Fax: (210) 200-8395
Email: mmurphy@dslawpc.com

**ATTORNEYS FOR PLAINTIFFS**

/s/  Gregory J. Peterson_____
Gregory J. Peterson
Larry J. Goldman
Goldman & Peterson PLLC
10100 Reunion Place, Suite 800
San Antonio, TX 78216
Phone:  (210) 340-9800
Fax:  (210) 340-9888
Email:  Greg@ljglaw.com

/s/  Alexander P. Fuchs_____
Alexander P. Fuchs
*Pro hac vice*
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, NY 10036
Phone:  (212) 389-5082
Fax:  (212) 389-5099
Email:  alexfuchs@eversheds-sutherland.com

/s/  Ian Scott Shelton_____
Ian Scott Shelton
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, NY 10036
Phone:  (212) 389-5082
Fax:  (212) 389-5099
Email:  ianshelton@eversheds-sutherland.com

/s/  Kymberly Kochis_____
Kymberly Kochis
*Pro hac vice*
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
The Grace Building, 40th Floor

New York, NY 10036
Phone: (212) 389-5082
Fax: (212) 389-5099
Email: kymkochis@eversheds-sutherland.com

**ATTORNEYS FOR DEFENDANTS**