IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; AND GLORIA LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED;<br><br>*Plaintiffs,*<br><br>vs.<br><br>PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, APRIL HAGER,<br><br>*Defendants.* | §§§§§§§§§§§§§§§§§§ | SA-19-CV-00380-FB |

## ORDER

Before the Court in the above-styled cause of action are Plaintiff's Motion for Leave to File Second Amended Complaint [#95] and Defendants' Opposed Motion for Extension of Time to Respond to Plaintiffs' Amended Motion for Class Certification [#98]. Plaintiff asks the Court for leave to file a Second Amended Complaint. Defendants' response to the motion indicates that they do not oppose the motion on its merits but request an additional two weeks from the date of any order granting the motion to respond to Plaintiffs' pending motion for class certification. Defendants' motion asks the Court to grant this relief and provide them an additional two weeks to respond to the certification motion. The Court will grant both motions.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint [#95] is **GRANTED**.

**IT IS FURTHER ORDERED** that the District Clerk **DOCKET** the Second Amended Complaint that is attached to Plaintiffs' motion [#95-2].

1

**IT IS FURTHER ORDERED** that Defendants' Opposed Motion for Extension of Time to Respond to Plaintiffs' Amended Motion for Class Certification [#98] is **GRANTED**.

**IT IS FINALLY ORDERED** that Defendants' response to Plaintiffs' motion for class certification is due on or before **June 11, 2020**.

SIGNED this 28th day of May, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE