IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RICHARD LOPEZ AND GLORIA LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> v. <br><br> PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND APRIL HAGER | § § § § § § § § § § § Civil Action No. 5:19-CV-00380-FB |

### UNOPPOSED MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, APRIL HAGER, and files this Motion to Withdraw **only** Justin T. Woods, Federal ID No. 24061082. Mr. Woods is no longer a member of GOLDMAN & PETERSON, PLLC. Mr. Woods did not retain this file and therefore no longer represents APRIL HAGER in this matter. The Defendant hereby requests that Mr. Woods be removed from the CM/ECF notifications for this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Motion for Withdrawal of Counsel, be, in all things, granted, and Mr. Woods be removed from this matter.

### CERTIFICATE OF CONFERENCE

On May 29 and June 1, 2020, pursuant to Local Rule 7(i), counsel for April Hager conferred with Co-Defendant Progressive's counsel and Plaintiffs' counsel regarding this Motion, and each stated they had no objection to the relief being requested.

                    Respectfully submitted,

           By:  */s/ Gregory J. Peterson*
                LARRY J. GOLDMAN
                "Attorney in Charge"
                Federal ID No. 341
                State Bar No. 08093450
                GREGORY J. PETERSON
                Federal ID No. 996381
                State Bar No. 24057580

                GOLDMAN & PETERSON, PLLC
                10100 Reunion Place, Suite 800
                San Antonio, Texas 78216
                Telephone:   (210) 340-9800
                Facsimile:    (210) 340-9888

           ATTORNEY FOR DEFENDANT APRIL HAGER

AGREED:

By:  */s/ Justin T. Woods*
     JUSTIN T. WOODS
     Federal ID No. 2469408
     State Bar No. 24061082
     Email: jwoods@sheehyware.com
     SHEEHY WARE PAPPAS
     112 East Pecan Street, Suite 450
     San Antonio, Texas 78205
     Telephone:    (726) 800-3001

## **CERTIFICATE OF SERVICE**

     I hereby certify that all counsel of record are being served in accordance with the Federal Rules of Civil procedure on the 1st day of June, 2020 to the following:

Stephen S. Dummitt
The Carlson Law Firm PC
618 S.W. Military Dr.
San Antonio, Texas 78221
Tel: (210) 923-7700
Fax: (210) 923-3378
sdummitt@carlsonattorneys.com

*Counsel for Plaintiffs*

Mr. Ian Shelton
EVERSHEDS SUTHERLAND LLP
600 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel: (512) 721-2714
Fax: (512) 721-2656
ianshelton@eversheds-sutherland.com

*Counsel for Progressive County Mutual Insurance Company*

John R. Fabry
The Carlson Law Firm PC
1717 N. Interstate Highway 35, Suite 305
Round Rock, Texas 77664
Tel: (512) 671-7277
Fax: (512) 238-0275 jfabry@carlsonattorneys.com

*Counsel for Plaintiffs*

By: _____/s/ Gregory J. Peterson_____
       LARRY J. GOLDMAN
       GREGORY J. PETERSON