IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RICHARD LOPEZ AND GLORIA LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>　　　Plaintiffs,<br><br>v.<br><br>PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND APRIL HAGER,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No. 5:19-CV-00380-FB<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANT APRIL HAGER'S UNOPPOSED MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL

On the _____ day of _____, 2020, came on to be heard Defendant's Unopposed Motion for Withdrawal of Certain Counsel. The Court, after having reviewed same, is of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion for Withdrawal of Certain Counsel is GRANTED and Mr. Justin Woods be removed as counsel and from the CM/ECF notifications for this matter

DATED:_____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JUDGE PRESIDING