IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RICHARD LOPEZ AND GLORIA LOPEZ,** on behalf of themselves and all others similarly situated, | § § § § § | |
| PLAINTIFFS | § § | |
| VS. | § § | Civil Action No. 5:19-cv-380 |
| **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND APRIL HAGER,** | § § § § | |
| DEFENDANTS. | § § | |

## JOINT ADVISORY

The parties respectfully submit this Joint Advisory pursuant to the Court's Order entered July 7, 2020. [Dkt. 119]. Counsel for Plaintiff and for Defendant Progressive County Mutual Insurance Company conferred about the issues raised in Plaintiff's motion and were unable to resolve any additional issues. The issues in dispute and the positions of the parties are as described in their respective briefing to the Court.

Dated: August 11, 2020.

                                      Respectfully submitted,

                                      **THE CARLSON LAW FIRM, P.C.**
                                      618 S.W. Military Dr.
                                      San Antonio, Texas 78221
                                      Phone: (210) 923-7700
                                      Fax: (210) 923-3378

                                      By:  /s/ *John R. Fabry*
                                          **JOHN R. FABRY**
                                      State Bar No. 06768480
                                      JFabry@carlsonattorneys.com

        **STEVE DUMMITT**
        State Bar No. 24082936
        SDummit@carlsonattorneys.com

**ATTORNEYS FOR PLAINTIFFS**

**EVERSHEDS SUTHERLAND (US) LLP**
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, NY 10036
Tel: (212)389-5082
Fax: (212) 389-5099

By:   *Alexander P. Fuchs*
**KYMBERLY KOCHIS**
Admitted *Pro Hac Vice*
kymberlykochis@eversheds-sutherland.com
 **ALEXANDER P. FUCHS**
Admitted *Pro Hac Vice*
alexfuchs@eversheds-sutherland.com

**EVERSHEDS SUTHERLAND (US) LLP**
Ian Scott Shelton
State Bar No. 24056305
600 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel: (512) 721-2714
Fax: (512) 721-2656
ianshelton@eversheds-sutherland.com

**ATTORNEYS FOR DEFENDANT PROGRESSIVE**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document was served via the CM/ECF system on August 11, 2020, upon the following counsel of record:

3

Larry J. Goldman
Gregory J. Peterson
**GOLDMAN & PETERSON PLLC**
10100 Reunion Place, Suite 800
San Antonio, TX 78216
Tel.: (210) 340-9800
Fax: (210) 340-9888
larry@ljglaw.com
greg@ljglaw.com

**ATTORNEYS FOR DEFENDANT,
APRIL HAGER**

/s/ *John R. Fabry*
**John R. Fabry**
