**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| RICHARD LOPEZ AND GLORIA LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>                     PLAINTIFFS,<br><br>VS.<br><br>PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND APRIL HAGER,<br><br>                     DEFENDANTS. | CASE NO. 5:19-cv-00380-FB-ESC |

## JOINT ADVISORY

The parties respectfully submit this Joint Advisory pursuant to the Court's Order entered on August 14, 2020 (Dkt. No. 130).

On August 20, 2020, pursuant to the Joint Notice with Order for Dismissal with Prejudice of Defendant April Hager (docket no. 131), April Hager was DISMISSED WITH PREJUDICE as a party-defendant in this case (docket no. 133).

Counsel for Plaintiff Gloria Lopez and Defendant April Hager have conferred, and resolved the matter. According, Court intervention is not needed at this time.

Dated: August 26, 2020

Respectfully submitted,

By:  */s/ Gregory J. Peterson* _____
        LARRY J. GOLDMAN
        "Attorney in Charge"
        Federal ID No. 341
        State Bar No. 08093450
        GREGORY J. PETERSON
        Federal ID No. 996381
        State Bar No. 24057580

        GOLDMAN & PETERSON, PLLC
        10100 Reunion Place, Suite 800
        San Antonio, Texas 78216
        Telephone:    (210) 340-9800
        Facsimile:    (210) 340-9888

ATTORNEY FOR DEFENDANT APRIL HAGER

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record are being served in accordance with the Federal Rules of Civil procedure on the 26th day of August, 2020 to the following:

Kymberly Kochis
Alexander Fuchs
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Tel: (212) 389-5000
Fax: (212) 389-5099
kymkochis@eversheds-sutherland.com
alexfuchs@eversheds-sutherland.com

Ian S. Shelton (Texas SBN 24056305)
**EVERSHEDS SUTHERLAND (US) LLP**
600 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel: (512) 721-2714
Fax: (512) 721-2656
ianshelton@eversheds-sutherland.com
**Attorneys for Defendant Progressive County Mutual Insurance Company**

Stephen S. Dummitt
**The Carlson Law Firm PC**
618 S.W. Military Dr.
San Antonio, TX 78221
Tel: (210) 696-8600
Fax: (210) 923-3378
sdummitt@carlsonattorneys.com

John R. Fabry
**The Carlson Law Firm PC**
1717 N. Interstate Highway 35, Suite 305
Round Rock, TX 78664
Tel: (512) 671-7277
Fax: (512) 238-0275
jfabry@carlsonattorneys.com

Mark R. Murphy
**Davis & Santos P.C.**
719 S. Flores St.
San Antonio, TX 78204
Tel: (210) 853-5862
Fax: (210) 200-8395
mmurphy@dslawpc.com
**Counsel for Plaintiff**

By: _*/s/ Gregory J. Peterson*_____

     LARRY J. GOLDMAN
     GREGORY J. PETERSON