IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; AND GLORIA LOPEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; | § § § § § § § § | SA-19-CV-00380-FB |
| *Plaintiffs,* | § § | |
| vs. | § § | |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, APRIL HAGER, | § | |
| *Defendants.* | | |

**ORDER**

Before the Court is the parties' Joint Motion to Vacate Certain Deadlines [#138], by which they ask the Court to vacate certain deadlines in the current scheduling order in light of the pending motion for conditional certification. The Court will grant the agreed motion.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Vacate Certain Deadlines [#138] is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadlines in the current Amended Scheduling Order for designation of potential witnesses, expert witnesses, and proposed exhibits [#45 ¶ 4] are hereby **VACATED**.

**IT IS FINALLY ORDERED** that the parties submit a joint advisory proposing new deadlines within **10 days** after the Court's ruling on Plaintiff's pending motion for class certification.

**IT IS SO ORDERED.**

SIGNED this 31st day of August, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE