# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| GLORIA LOPEZ, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY,<br><br>       Defendant. | CASE NO. 5:19-cv-00380-FB-ESC |

## JOINT NOTICE OF SETTLEMENT AND REQUEST
## TO STAY EXISTING DEADLINES

Plaintiff Gloria Lopez ("Plaintiff") and Defendant Progressive County Mutual Insurance Company ("Progressive") file this Joint Notice of Settlement and Request to Stay Existing Deadlines. The Parties have reached a settlement and are finalizing a settlement agreement.

For the foregoing reasons, the Parties request that the Court stay all existing deadlines and set a deadline of January 28, 2021, for Plaintiff to submit a Motion for Voluntary Dismissal with Prejudice.

Jointly submitted this 29th day of December, 2020.

                Respectfully submitted,
                <u>/s/ Kymberly Kochis</u>
                Kymberly Kochis (Admitted Pro Hac Vice)
                Alexander Fuchs (Admitted Pro Hac Vice)
                **Eversheds Sutherland (US) LLP**
                1114 Avenue of the Americas, 40th Floor
                New York, New York 10036
                Tel: (212) 389-5000
                Fax: (212) 389-5099
                kymberlykochis@eversheds-sutherland.com

alexfuchs@eversheds-sutherland.com

Ian S. Shelton (Texas SBN 24056305)
**Eversheds Sutherland (US) LLP**
600 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel: (512) 721-2714
Fax: (512) 721-2656
ianshelton@eversheds-sutherland.com

*Counsel for Defendant Progressive County Mutual Insurance Company*

/s/*Stephen S. Dummitt*
Stephen S. Dummitt
The Carlson Law Firm PC
618 S.W. Military Dr.
San Antonio, TX 78221
Tel: (210) 696-8600
Fax: (210) 923-3378
sdummitt@carlsonattorneys.com

John R. Fabry
Jose L. Munoz
The Carlson Law Firm PC
1717 N. Interstate Highway 35, Suite 305
Round Rock, TX 78664
Tel: (512) 671-7277
Fax: (512) 238-0275
jfabry@carlsonattorneys.com
lmunoz@carlsonattorneys.com

Mark R. Murphy
Davis & Santos P.C.
719 S. Flores St.
San Antonio, TX 78204
Tel: (210) 853-5862
Fax: (210) 200-8395
mmurphy@dslawpc.com

*Counsel for Plaintiff Gloria Lopez*

45630427.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the CM/ECF system on December 29, 2020, on all counsel or parties of record on the service list:

## SERVICE LIST

The Carlson Law Firm PC
618 S.W. Military Dr.
San Antonio, TX 78221
Tel: (210) 923-7700
Fax: (210) 923-3378
sdummitt@carlsonattorneys.com

John R. Fabry
Jose L. Munoz
The Carlson Law Firm PC
1717 N. Interstate Highway 35, Suite 305
Round Rock, TX 78664
Tel: (512) 671-7277
Fax: (512) 238-0275
jfabry@carlsonattorneys.com
lmunoz@carlsonattorneys.com

Mark R. Murphy
Davis & Santos PC
719 S. Flores Street
San Antonio, TX 78204
Tel: (512) 853-5882
Fax: (210) 200-8395
mmurphy@dslawpc.com

*Counsel for Plaintiff Gloria Lopez*

/s/ Kymberly Kochis
Kymberly Kochis

45630427.1