# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **RICHARD LOPEZ and GLORIA LOPEZ,** On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| V. | ) ) **CIVIL ACTION NO. SA-19-CA-0380-FB** |
| **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, and APRIL HAGER,** | ) ) ) ) ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is Plaintiff's Notice of Voluntary Dismissal, filed on January 27, 2021. (Docket no. 151). Plaintiff informs the Court that she withdraws the complaint and voluntarily dismisses this action with prejudice. *Id.*

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that, pursuant to Plaintiff's Notice of Voluntary Dismissal (docket no. 151), the above-styled and numbered cause is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 18th day of February, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE